Charles E. Lawton, peticionario, *v.* Corte de Distrito de San Juan, Hon. Angel R. de Jesús, Juez, demandada.

No. 270.—*Sometido:* Diciembre 29, 1930. *Resuelto:* Enero 30, 1931.

*F. Soto Gras,* abogado del peticionario; *J. H. Brown* y *H. G. Molina,* abogados del demandante en el pleito principal.

EN RECONSIDERACIÓN

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Este es un caso en que a virtud de varios procedimientos surgió una sentencia en la Corte de Distrito de San Juan. No importa que la sentencia final dictada lo fuera en respuesta a una sentencia o resolución de este tribunal. La sentencia resultante fué necesariamente una sentencia de la

Corte de Distrito de San Juan, sujeta a ser modificada o atacada en la misma forma que cualquiera sentencia similar de dicha corte que no había sido apelada.

El peticionario presentó una solicitud de *mandamus* fundándose principalmente en que un pleito solicitando la modificación de la sentencia previamente dictada o la modificación del contrato envuelto era ineficaz o no debía ser considerado. Fuimos de opinión que el aludido nuevo pleito no estaba tan carente de mérito que debiera ser rechazado y así lo dijimos en una resolución *per curiam*. El peticionario solicita la reconsideración.

■■ No discutimos las medidas provisionales tomadas por la corte de distrito para preservar el *status quo*. Sin embargo, creemos que es de por sí evidente que si procede un litigio para modificar un contrato o una sentencia, en Puerto Rico por lo menos pueden tomarse medidas para preservar el *status quo*. Artículo 36 del Código de Enjuiciamiento Civil; *Sucesión Iglesias* v. *Bolívar,* 11 D.P.R. 571; *Goffinet et al.* v. *Polanco,* 30 D.P.R. 826; *Las Monjas Racing Corporation* v. *Corte de Distrito,* 40 D.P.R. 298. Con excepción de que, si un pleito sobre modificación es enteramente frívolo o carente de mérito el derecho a ordenar mediante *mandamus* la ejecución de una sentencia indebidamente rehusada debe ser preservado, debimos haber estado dispuestos a seguir las autoridades citadas por la parte opositora al efecto de que el auto de *mandamus* no era el remedio de que el peticionario podía valerse.

*Debe declararse sin lugar la moción de reconsideración.*